# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ORLANDO FORD

    VS                                                      CASE NO. 3:06cv366/LAC/MD

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    April 2, 2007
Type of Motion/Pleading: AMENDED MOTION TO AMEND THE ADMINISTRATIVE RECORD
Filed by: PLAINTIFF    on 4/2/07    Document 20
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANT    on 4/10/07    Doc.# 22
   on    Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Elizabeth Cooley*
Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 10th day of April, 2007, that:

(a) The requested relief is GRANTED.
(b)

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.